IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LABORERS COMBINED FUNDS OF WESTERN PENNSYLVANIA, as agent for PAUL QUARANTILLO, and ALBERT W. BETLER, trustees ad litem, LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA WELFARE AND PENSION FUNDS, WESTERN PENNSYLVANIA HEAVY AND HIGHWAY CONSTRUCTION ADVANCEMENT FUND and the LABORERS' DISTRICT COUNCIL OF WESTERN PENNSYLVANIA and its affiliated local unions, <br><br>     Plaintiff, <br><br>   v. <br><br>TWINBROOK CONSTRUCTION CO., INC., ROGER ZOELLE and MARY LOUISE ZOELLE, <br><br>     Defendants. | No. 00-2397 <br><br> Judge Donetta W. Ambrose/ <br> Magistrate Judge Francis X. Caiazza |

## SUGGESTION OF THE PENDENCY OF BANKRUPTCY PROCEEDINGS

  Plaintiff, Laborers' Combined Funds of Western Pennsylvania, by and through their undersigned attorneys, give notice that the Defendant/Debtor, Twinbrook Construction Co., Inc., has filed a Voluntary Petition in Bankruptcy for relief under Chapter 11, in the United States Bankruptcy Court for the Western District of Pennsylvania, Case Number 06-24060 - MBM on the 24th of August 2006.

  Section 362(a) of the Bankruptcy Code provides as follows:
"[A] petition filed under Section 301, 302, or 303 of the title … operates as a stay, applicable to all entities, of

---

(1) the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of this case under the title, or to recover a claim against the debtor that arose before the commencement of the case under this title …"

I HEREBY CERTIFY that a true and correct copy of the foregoing Notice has been furnished by United States mail on the 13th day of October 2006 to the following:

          Robert O Lampl, Esquire
          960 Penn Avenue
          Suite 1200
          Pittsburgh, PA 15222

TUCKER ARENSBERG, P.C.

By: /s/ Jeffrey J. Leech
    Jeffrey J. Leech, Esquire
    PA I.D. No. 19814

    Neil J. Gregorio, Esquire
    PA I.D. No. 90859
    Attorneys for Plaintiff

    1500 One PPG Place
    Pittsburgh, PA 15222
    (412) 566-1212